# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | CASE NO. 2:24-PO-00051 |
| | MAGISTRATE JUDGE JOLSON |
| **GREEN, LATOYA,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is **DISMISSED**.

                                                               s/Kimberly A. Jolson
                                                               **KIMBERLY A. JOLSON**
                                                               **United States Magistrate Judge**

10/29/2024
**DATE**